**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION**

| | |
|---|---|
| In the matter of<br><br>**JAMES YARBROUGH<br>LINDA YARBROUGH**<br><br>Debtor(s) | Case No. **10-58504**<br><br>Chapter 7<br><br>Judge **Charles M. Caldwell** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT**

The attached check in the amount of $15.09 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| NCO PORTFOLIO MANAGEMENT<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 3 | $2.07 |
| NCO PORTFOLIO MANAGEMENT<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 4 | $1.71 |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>Citibank South Dakota NA<br>PO Box 248840<br>Oklahoma City OK 73124 | 6 | $4.80 |
| GE MONEY BANK<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami FL  33131-1605 | 9 | $1.53 |
| CAPITAL RECOVERY IV LLC<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami FL  33131-1605 | 10 | $4.98 |

| | |
|---|---|
| Total Unclaimed/ Small Dividends $25.00 or under | $15.09 |
| Total Unclaimed Dividends Over $25.00 | $0.00 |

Dated:    6/3/2011            /s/ Sara J. Daneman

_____

Sara J. Daneman

cc: U.S. Trustee